IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02240-STV

MOHAMED AL-'OWHALI,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
COLETTE PETERS, Director of Federal Bureau of Prisons,
LINDA GETER, Assistant Director, Correctional Programs Division,
ANDRE MATEVOUSIAN, Regional Director, North Central Region, and
DANIEL SPROUL, Warden, USP Marion.

    Defendants.

**JOINT MOTION TO VACATE THE SCHEDULING ORDER
DUE DATE AND SCHEDULING CONFERENCE**

Plaintiff Mohamed al-'Owhali and Defendants Federal Bureau of Prisons, Colette Peters, Linda Geter, Andre Matevousian, and Daniel Sproul (collectively, the "Parties") respectfully request that the Court vacate the due date for filing a proposed scheduling order (currently November 6, 2024) as well as the scheduling conference set for November 13, 2024. *See* ECF No. 52. In the alternative, the Parties request that the Court vacate the November 6, 2024, deadline to submit a proposed scheduling order and convert the November 13, 2024, scheduling conference into a status conference. Good cause exists to grant the requested relief.

This case was transferred to this Court from the Southern District of Illinois on August 14, 2024. *See* ECF No. 43. In his operative amended complaint (the "Amended Complaint"), Plaintiff claims Defendants violated the Fifth and Eighth Amendments in their decision to

transfer him from the United States Penitentiary in Marion, Illinois to the Administrative Maximum Facility in Florence, Colorado ("ADX").  *See* ECF No. 12 ¶¶ 80-89, 95-103. Specifically, Plaintiff alleges that that he suffers from serious mental illnesses and that the decision to transfer him to the ADX was made without complying with adequate procedural safeguards and with deliberate indifference to his serious mental illnesses.  *Id.*

Plaintiff is considering filing a further amended complaint for multiple reasons.  First, because Plaintiff filed the Amended Complaint prior to the case being transferred from the Southern District of Illinois to this Court, he relied on and made reference to Seventh Circuit precedent throughout the Amended Complaint.[1]  *See, e.g.*, ECF No. 12 ¶¶ 16, 82, 83, 85. Second, after filing the Amended Complaint, Plaintiff was transferred from the ADX to the High Security Penitentiary in Florence, Colorado ("USP Florence.").  *See* Federal Bureau of Prisons, *Inmate Locator*, https://www.bop.gov/locations/institutions/flp/ (last visited Oct. 18, 2024). Thus, based on the transfer of this matter from the Southern District of Illinois to the District of Colorado and Plaintiff's transfer from the ADX to USP Florence, Plaintiff is considering whether to further amend his complaint in this matter.

In these circumstances, the interests of case efficiency and judicial economy will be served by vacating the proposed scheduling order deadline and the scheduling conference.  The nature and extent of potential discovery will not be known until after Plaintiff decides whether to file a further amended complaint.  At this time, it would be inefficient for the parties to proceed

---

[1] Prior to the transfer of the case to this District, Defendants filed a motion to dismiss the amended complaint that the Court granted in part and denied in part.  *See* ECF Nos. 31 (order) & 42 (order on motion for reconsideration).

with preparing and submitting a proposed scheduling order on November 6, 2024, and inefficient for the parties and the Court to proceed with the scheduling conference on November 13, 2024.

The Parties submit that a more efficient approach would be for the Plaintiff to determine first whether to file a further amended complaint, and for the Court to reset the scheduling conference and associated deadlines, including the deadline for the parties to submit a proposed scheduling order, only after Defendants have answered either the operative complaint, ECF No. 12, or any further amended complaint.[2]

Accordingly, for the reasons described above, the Parties respectfully request that the Court vacate the existing November 6, 2024, deadline to submit a proposed scheduling order and the scheduling conference set for November 13, 2024. In the alternative, the Parties request that the Court vacate the November 6, 2024, deadline to submit a proposed scheduling order and convert the November 13, 2024, scheduling conference into a status conference.[3]

---

[2] At present, there is no deadline for Defendants to answer the operative Amended Complaint. *See* ECF No. 35 (granting motion to stay answer deadline until 14 days after entry of an order denying motion to transfer, if that motion is denied); *see also* ECF No. 42 (granting motion to transfer case to District of Colorado "for such further proceedings as that court may deem appropriate").

[3] The Parties agree that if the Court converts the scheduling conference to a status conference, that status conference could be performed telephonically to save travel costs for Plaintiff's counsel, who is located in Washington, D.C.

Dated: October 18, 2024

                                                            MATTHEW T. KIRSCH
                                                            Acting United States Attorney

| *s/ Deborah M. Golden* | *s/ Benjamin Gibson* |
|---|---|
| **Deborah M. Golden** | **Benjamin Gibson** |
| The Law Office of Deborah M. Golden | Assistant United States Attorney |
| 700 Pennsylvania Ave. SE, 2nd Floor | U.S. Attorney's Office |
| Washington, DC 20003 | 1801 California Street, Suite 1600 |
| 202-630-0332 | Denver, CO 80202 |
| dgolden@debgoldenlaw.com | Telephone: (303) 454-0100 |
| | Fax: (303) 454-0404 |
| Attorney for Plaintiff | E-mail: Benjamin.gibson@usdoj.gov |
| | |
| | Attorney for Defendants |

# CERTIFICATE OF SERVICE

      I certify that on October 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send it to all CM/ECF users signed up for notification in this matter, including:

Deborah M. Golden
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
202-630-0332
dgolden@debgoldenlaw.com

Attorney for Plaintiff

                                        s/ *Benjamin Gibson*
                                        **Benjamin Gibson**
                                        United States Attorney's Office